# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2048
_____

ROBERT JOHNNY JACKSON,

Appellant,

v.

D. MADDOX, Warden,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

December 20, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Johnny Jackson, pro se, Appellant.

Ashley Moody, Attorney General, Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.